UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11752-RWZ

THOMAS A. SHAY

v.

UNITED STATES OF AMERICA

ORDER
January 3, 2008

ZOBEL, D.J.

    Petitioner's motion under 28 U.S.C. § 2255 was denied because it was filed too late. Because the decision was mandated by statute and because I cannot discern any room for disagreement, the motion is denied.

| January 3, 2008 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |